## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 17, 2021

Mr. Elias J. Escobedo Jr.
Elias J. Escobedo, Jr. PLLC
995 W. Huron Street
Waterford, MI 48328-0000

Mr. Juan Olaya
Roscommon County Jail
111 S. Second Street
Roscommon, MI 48653

Mr. Douglas Cory Salzenstein
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

     Re: Case No. 21-1498, *USA v. Juan Olaya*
        Originating Case No. : 2:15-cr-20200-2

Dear Mr. Olaya and Counsel,

 The Court issued the enclosed Order today in this case.

             Sincerely yours,

             s/Roy G. Ford
             Case Manager
             Direct Dial No. 513-564-7016

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1498

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JUAN OLAYA

    Defendant - Appellant

Upon consideration of the motion of Mr. Elias Escobedo, Jr. to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 17, 2021